UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE L. ANDERSON,<br><br>                    Petitioner,<br>     v.<br>NETHANJAH BREIGHTENBACH, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00430-ART-CLB<br><br>ORDER |

*Pro se* Petitioner Blake Anderson has filed an application to proceed *in forma pauperis* ("IFP") in conjunction with his petition for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1)  The Court may authorize an indigent inmate to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the approved form and includes three documents: (a) the inmate's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the inmate and an authorized prison official, and (c) a copy of the inmate's account statement for the six-month period prior to filing. *See* 28 U.S.C. § 1915(a), LSR 1-1, LSR 1-2.

The Court notes that Anderson has not included the financial certificate or the account statement with his IFP application. Rather than dismiss this case, the Court will give Anderson 45 days from the date of this order to submit a complete IFP application with all required documentation. Alternatively, Anderson can properly commence this case by paying the $5.00 filing fee for his habeas petition.

It is therefore ordered that the initial screening of Petitioner Blake Anderson's petition for a writ of habeas corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully

1

complied with this order.

It is further ordered that within 45 days of this order, Anderson must file an IFP application that includes a: (a) financial certificate signed by Anderson and an authorized prison official, (b) financial declaration and acknowledgement signed by Anderson, and (c) copy of Anderson's inmate account statement for the six-month period prior to filing. Alternatively, Anderson must pay the $5.00 filing fee by this date. If Anderson decides to pay the filing fee from his inmate account, Anderson must arrange to have a copy of this order attached to the check for the filing fee. Anderson's failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

Dated this 26th day of September, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE