UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE L. ANDERSON,<br><br>                    Petitioner,<br>     v.<br><br>NETHANJAH BREIGHTENBACH, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00430-ART-CLB<br><br>ORDER |

Petitioner Blake Anderson has perfected his application to proceed *in forma pauperis* by providing a financial certificate and account statement. (ECF No. 4.) The Court finds that Anderson can pay the full filing fee of $5.00.

It is therefore ordered that Anderson's application to proceed *in forma pauperis* (ECF No. 1) is denied. Anderson shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk shall send Anderson two copies of this order. Anderson is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

Dated this 15th day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1