UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BLAKE L. ANDERSON,<br><br>        Petitioner,<br> v.<br>NETHANJAH<br>BREIGHTENBACH, *et al.*,<br><br>        Respondents. | Case No. 3:24-cv-00430-ART-CLB<br><br>ORDER |

Petitioner Anderson has filed a motion for extension of time within which to file his amended petitioner for writ of habeas corpus in this case. ECF No. 13. The motion appears to be filed in good faith and not solely for the purpose of delay. In addition, Anderson's counsel represents to the court that opposing counsel does not oppose the motion.

It is therefore ordered that the petitioner's motion for extension of time (ECF No. 13) is granted. His amended petition is now due on June 2, 2025. In all other respects, the scheduling order entered on December 17, 2024, (ECF No. 12) remains in effect.

Dated this 3rd day of March, 2025.

                */s/ Anne R. Traum*
                _____
                ANNE R. TRAUM
                UNITED STATES DISTRICT JUDGE