UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE LAWRENCE ANDERSON, | Case No. 3:24-cv-00430-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| BRIGHTENBUCK, et al., | |
| Respondents. | |

In this habeas matter, the petitioner, through his counsel, filed unopposed motions to extend time to file an amended petition for a writ of habeas corpus. ECF Nos. 15; 16; and 17. Good cause appearing, I grant the petitioner's motions for extension of time. Fed. R. Civ. P. 6(b); LR IA 6-1. Considering the length of time (more than a year) that Petitioner's counsel has received to investigate and submit an amended petition, further extensions of time are unlikely to be granted absent compelling circumstances and a strong showing of good cause why an amended petition could not be filed within the extended time allowed despite the exercise of due diligence.

I THEREFORE ORDER that the petitioner's Unopposed Motions for Enlargement of Time to File an Amended Petition for Writ of Habeas Corpus [ECF Nos. 15; 16; and 17] are GRANTED. The petitioner has through March 31, 2026, to file an amended petition for a writ of habeas corpus.

DATED THIS 2nd day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE