UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BLAKE LAWRENCE ANDERSON,

                      Petitioner,

    v.

BRIGHTENBUCK, et al.,

                    Respondents.

Case No. 3:24-cv-00430-ART-CLB

EXTENSION ORDER

In this habeas matter, Respondents seek an additional 60 days to file a response to the First Amended Petition for a Writ of Habeas Corpus. ECF No. 20. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER that Respondents' Unopposed Motion for Enlargement of Time to file Response to the First Amended Petition (First Request) **[ECF No. 20] is GRANTED**. Respondents therefore have **through July 31, 2026**, to file a response to the First Amended Petition for a Writ of Habeas Corpus.

DATED THIS 8th day of June 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE