UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE LAWRENCE ANDERSON,<br>Petitioner,<br>v.<br>BREITENBACH,[1] et al.,<br>Respondents. | Case No. 3:24-cv-00430-ART-CLB<br>EXTENSION ORDER |

In this habeas matter, Respondents seek an additional 45 days to file a response to the First Amended Petition for a Writ of Habeas Corpus. ECF No. 24. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER that Respondents' Unopposed Motion for Enlargement of Time to file Response to the First Amended Petition (Second Request) **[ECF No. 24] is GRANTED**. Respondents therefore have **through September 14, 2026**, to file a response to the First Amended Petition for a Writ of Habeas Corpus.

I FURTHER ORDER that the Clerk of Court substitute Respondent Breitenbach for Respondent Brightenbuck.

DATED THIS 7th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice that the name of Petitioner's custodian is spelled Breitenbach rather than Brightenbuck. *See* Lovelock Correctional Center Facility | Nevada Department of Corrections.