UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BLAKE LAWRENCE ANDERSON,

Petitioner,

v.

BREITENBACH, et al.,

Respondents.

Case No. 3:24-cv-00430-ART-CLB

EXTENSION ORDER

In this habeas matter, Petitioner filed a motion seeking an additional 60 days to file a response to the Motion to Dismiss the First Amended Petition for a Writ of Habeas Corpus. ECF No. 44. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. LR IA 6-1.

I THEREFORE ORDER that Petitioner's Unopposed Motion for Extension of Time to file Opposition to Motion to Dismiss (First Request) **[ECF No. 44] is GRANTED**. Petitioner has **through January 12, 2027**, to file a response to the motion.

DATED THIS 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE